Murphey *et al. v.* Moreland.

Cobb, P. J.  No error of law was complained of.  The only assignment of error is the overruling of the motion for a new trial, based upon the general grounds only.  The evidence was conflicting; and while the preponderance seems to be against the verdict, there was some evidence to support the finding, and as it has been approved by the trial judge, the judgment refusing the new trial will be affirmed.

*Judgment affirmed.  All the Justices concur.*

Argued January 23,—Decided February 16, 1906.

Complaint.    Before  Judge  Henry.    Walker  superior  court.
March 29, 1905.

*J. P. Shattuck,* by *Z. D. Harrison,* for plaintiffs in error.

*H. P. Lumpkin,* by *Peeples & Jordan,* contra.